1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    FIA CARD SERVICES, N.A.,

11              Plaintiff,                    No. CIV S-11-2647 LKK EFB PS

12         vs.

13    RENEE L. MARTIN,

14              Defendant.                    ORDER
      _____/

15

16         On October 20, 2011, the magistrate judge filed findings and recommendations

17    herein which were served on the parties and which contained notice that any objections to the

18    findings and recommendations were to be filed within fourteen days.  No objections were filed.[1]

19         The court has reviewed the applicable legal standards and, good cause appearing,

20    concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

21         This action, on its face, is a purely state law action for money lent, due and

22    owing, and for unjust enrichment.  The lack of federal jurisdiction plainly appears in the

23    complaint and in the notice of removal.

24    _____

25    [1] Although it appears from the file that plaintiff's copy of the findings and recommendations
      was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court
      apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at
26    the record address of the party is fully effective.

                                                 1

1

2

3          Accordingly, IT IS ORDERED that:

4          1.  Pro se defendant's request to proceed in forma pauperis is **GRANTED**;

5          2.  The proposed Findings and Recommendations (Dkt. No. 9) filed October 20,

6  2011, are ADOPTED; and

7          3.   The above-captioned case is REMANDED to the Superior Court of the State

8  of California in and for the County of Sacramento for lack of federal jurisdiction.  See 28 U.S.C.

9  § 1447(c).

10  DATED:   May 8, 2012.

11

12

13          LAWRENCE  K.  KARLTON
            SENIOR  JUDGE
14          UNITED  STATES  DISTRICT  COURT

15

16

17

18

19

20

21

22

23

24

25

26

2